# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1445
Lower Tribunal No. 2022-CT-000291-E

_____

STATE OF FLORIDA,

Appellant,

v.

DARREN ROBERT EARL CRITTENDEN,

Appellee.

_____

Appeal from the County Court for Orange County.
Brian F. Duckworth, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellant.

Matthew J. Metz, Public Defender, and Ryan M. Belanger, Assistant Public Defender, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED